IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JUSTIN SOETAERT,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) )  Case No. 2:20-CV-02153-HLT |
| **AMSTED RAIL COMPANY, INC.,** | ) ) ) |
| **Defendant.** | ) |

## ORDER

This matter comes before the court upon the parties' Joint Motion for Order to Release KHRC Documents (ECF No. 28). The court finds the Kansas Human Rights Commission (KHRC) documents appear to be relevant and discoverable. Therefore, the motion is granted. Defendant shall mail a copy of this order to the KHRC.

**IT IS HEREBY ORDERED** that the KHRC shall produce to any party to this action, or any attorney representing such a party, a copy of its investigative file(s) pertaining to the charges filed by Justin Soetaert, KHRC Case No. 41322-20, except such portions thereof which may be of a deliberative or conciliatory nature or are attorney work product of the KHRC's legal staff. If redactions are not necessary, the KHRC shall permit any party to this action, or any attorney representing such a party, access to such investigative file(s) for inspection and copying. The KHRC is ordered to allow copies of the same to be made at the expense of the party receiving such production. Should the KHRC consider that any items are of a deliberative or conciliatory nature or attorney work product of the KHRC's legal staff, copies of such

items shall be forwarded to the undersigned magistrate judge for in camera inspection within thirty (30) days of the date of this order. A brief summary of the documents submitted to the court shall be served on all parties in this case.

**IT IS SO ORDERED.**

Dated October 13, 2020, at Kansas City, Kansas.

<u>s/ James P. O'Hara</u>
James P. O'Hara
U.S. Magistrate Judge