## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JUSTIN SOETAERT,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) |
| | )  Case No. 2:20-cv-2153-HLT-JPO |
| **AMSTED RAIL COMPANY, INC. d/b/a** | ) |
| **GRIFFIN WHEEL COMPANY** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Justin Soetaert, by and through his attorney of record, Richard Guinn of Colantuono Bjerg Guinn Keppler, LLC, and Defendant Amsted Rail Company, Inc. d/b/a Griffin Wheel Company, by and through its counsel of record, Nikki Howell and Jill Moenius of Fox Rothschild LLP, hereby stipulate to the dismissal of this case with prejudice, with each party to bear his/its own costs.

WHEREFORE, the parties respectfully request that this Court enter an order dismissing this case with prejudice, with each party to bear his/its own costs.

Respectfully submitted,

**COLANTUONO BJERG GUINN KEPPLER LLC**

By: /s/ *Richard Guinn*
Richard G. Guinn (KS # 10432)
7015 College Blvd. Suite 375
Overland Park, Kansas 66211
913.345.2555
913.345.2557 facsimile
rg@ksmolaw.com

**ATTORNEY FOR PLAINTIFF SOETAERT**

and

**FOX ROTHSCHILD LLP**

By: /s/ *Nikki Howell*
Nikki Hininger Howell, #77994
Jill Moenius, #25803
Fox Rothschild LLP
4050 Pennsylvania Ave., Ste. 2000
Kansas City, MO 64111
Telephone: 816.919.7902
Facsimile: 303.292.1300
nhowell@foxrothschild.com
jmoenius@foxrothschild.com

**ATTORNEYS FOR DEFENDANT AMSTED**